IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KRISTIANA BECK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>V.<br><br>ZURIXX, LLC d/b/a ADVANCE REAL ESTATE EDUCATION,<br><br>Defendant. | § § § § § § § § § § § §    1-16-CV-062  RP |

## ORDER

Before the Court is a Joint Stipulation of Dismissal, filed May 17, 2016 (Clerk's Dkt. #7). By way of the notice, counsel for Plaintiff states the parties have agreed to dismissal of all claims raised in this lawsuit against Defendant Zurixx, LLC d/b/a Advance Real Estate Education by Kristiana Beck, with prejudice, and by the putative class members, without prejudice. *See* FED. R. CIV. P. 41(a)(1) (plaintiff may dismiss action by filing notice of dismissal before opposing party files answer).

As Defendant has not yet filed an answer in this action, the Joint Stipulation of Dismissal is GRANTED

Accordingly, IT IS ORDERED that all claims and causes of action asserted by Plaintiff Kristiana Beck are hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that all claims and causes of action asserted by the putative class members are hereby DISMISSED WITHOUT PREJUDICE.

The Clerk's Office is directed to close this case.

Each party is to bear its own attorney's fees and costs.

**SIGNED** on May 18, 2016.

*[signature]*

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE